UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIK SHEEHAN, )<br><br>                      Plaintiff, )<br><br> )<br> v.                                )<br> )<br> VERIZON COMMUNICATIONS, INC., LAURA )<br> CARDINALE, LISA DAMASK, CAROLYN DRISCOLL, )<br> PAUL McGOVERN, LINDA RICHELSON, DOREEN )<br> TOBEN and DOUG WILDER, )<br> )<br>                      Defendants. )<br> )<br> ) | 04  12364 .JLT<br><br><br>Civil Action No. |

## NOTICE OF APPEARANCE

Please enter the appearance of Timothy P. Van Dyck and Windy L. Rosebush of Edwards & Angell, LLP as counsel for Defendant, Verizon Communications, Inc., Laura Cardinale, Lisa Damask, Carolyn Driscoll, Paul McGovern, Linda Richelson, Doreen Toben and Doug Wilder in the above-referenced proceeding.

Timothy P. Van Dyck (BBO #548347)
Windy L. Rosebush (BBO #636962)
EDWARDS & ANGELL, LLP
101 Federal Street
Boston, MA  02110
(617) 439-4444

Dated:  November 8, 2004

## CERTIFICATE OF SERVICE

I, Windy L. Rosebush, hereby certify that on this 8th day of November, 2004, I caused a copy of the foregoing document to be mailed via first-class mail, to Domenic Finelli, Esq., Barrister Hall, 199 Revere Street, Revere, MA  02151.

Windy L. Rosebush

BOS_466555_1/WROSEBUSH