

Linda Richelson 05/29/2001 11:17 AM

To: Erik Sheehan@VZNotes
cc:
Subject: Re: New Team Members

I don't disagree with anything you say, however, I raised the issue early and brought it to your attention and Corinne's attention. To find out it was not done was disappointing, but not the end of the world. I do think there is a difference between a working man and a working mother, but that is because I am one and it is my personal bias.

Erik Sheehan

**Erik Sheehan**
05/29/2001 10:34 AM

To: Linda Richelson@VZNotes
cc:
Subject: Re: New Team Members

There were two phones on their desks. I did not make calls on them to see if they worked. In the future I'll do that. There are plenty of phones sitting in empty cubicles that could be easily moved to their desks and I told them to do that while their phones were being ordered. I don't think their should be a difference if your a working mother or a working man without children, everyone has a family life that is important to them. I had to borrow a phone, which I am still using, because there was not a working one at my desk. I did not bring that issue to you, or to Laura for that matter, I took a phone from an empty cubicle. There is no reason why they could not do the same in the interim. I'm doing the best I can to get everything done for you, Linda. I am going back and fixing issues from before I got here, I'm staying late every night and working every weekend. In the meantime, I'm trying to teach myself this job, as I had no predecessor to mentor me. The staff I inherited does not take accountability for their actions and cannot explain what they did before I got here. I don't complain about my work, if I run into a roadblock I find a way around it and try to get as much done as possible. These are 1st level managers and they should be able to keep little things little, but everything seems to become a big issue. If we can't expect them to speak up if they don't know how to load their lotus notes id, or go to an empty cubicle and take a phone, then how we can ever expect them to work independently. I think we've been expecting too little from our 1st levels, most of what you and I have done so far, is correct their errors. These managers are worried about their pay, but cannot even do the fundamental parts of their job accurately. I'm done accepting inaccurate, half complete work, I'm raising the bar on my expectations of my team. I'm not working nights and weekends, because they are unable to do their jobs. You once told me that other organizations view my team as "glorified secretaries," and their right, because that's the level of accountability that we place on them. We allow these little issues to become big and we entertain them. I don't have the time to do that anymore, I would like to start doing my job and stop doing theirs.
Linda Richelson 05/29/2001 09:50 AM

Linda Richelson 05/29/2001 09:50 AM

To: Erik Sheehan@VZNotes

cc:
Subject: Re: New Team Members

I agree you should resolve these issues with your team. The logistics were identified as soon as you started to hire, it seems we should have had more issues resolved. These are the tools that are required to make your team productive. If your team doesn't have the tools then they aren't productive. That is my concern. Also, I am a working mother, no working mother should be without a phone.

Erik Sheehan

**Erik Sheehan**
05/29/2001 09:45 AM

To: Linda Richelson@VZNotes
cc:
Subject: Re: New Team Members

There were phones, but two of them did not work, I assumed that since there were already phones plugged into their jacks, that those phones worked. Once I found that they did not work, I had Corinne order new phones. I also contacted Donna Payne regarding the PCs, but she said the order is out of her hands. So, I have had Corinne trying to track down the orders. I spoke with her on Thursday, but she did not get a return phone call on the PCs yet. Once I find out whose shop they're in, I'll push to get them here. If I need to escalate then I'll do that. In the meantime, Margie is using the laptop and Demaris is working on Joni's PC. This should not be that big of an issue, as Joni's main function is to mentor both Margie and Damaris. As far as their lotus notes are concerned, I told both Damaris and Margie to bring their id on disk before they got here. They never mentioned to me that they did not know how to put their lotus notes id on a pc and access their lotus notes. If they don't know how to do it, its their responsibility to let someone know. I realize that the ideal situation would be for their PCs, phones, desks and supplies be ready when they arrived, but I did the best I could in the limited time I had. Even when I arrived, I had no PC, no phone, I had to configure my own IP settings, set up my own lotus notes, arranged for your old pc to be relocated, activate voice mail and order supplies (which I still have not had time to do.) I really think these issues should be discussed with me before you get involved. I will speak to my team about that.
Linda Richelson 05/25/2001 06:15 PM



**Linda Richelson** 05/25/2001 06:15 PM

To: Erik Sheehan@VZNotes
cc: Corinne G. Toce/VEND/MA/Bell-Atl@VZNotes
Subject: New Team Members

It has come to my attention that our new team members do not have computers and Demaris has no phone. Margie had to steal a set. Since you did not have computers you should have arranged for the new members of our team to have access to lotus notes on Joni or Peggy's machines. This is not the way to welcome new members to our team.

And I have not been asked to expedite anything! When are the computers expected and what has been done about the phones?