

Denise English
01/30/2002 03:31 PM

To: Paul McGovern/EMPL/MA/Verizon@VZNotes
cc:
Subject: Re: eeo-Letter to L.Cardinale

Attached is the email you requested.

From: Denise English on 08/29/2001 12:45 PM

To: Laura A Cardinale@VZNotes
cc:
Subject: Personal and Confidential

As we discussed yesterday, in your position as senior manager, it is not possible for you to focus attention on the inner workings of the compensation administration functional workgroup; however despite that, you have observed from a distance that "something is not quite right". Because you and I have worked together in the past, and as I have reported to a variety of Directors under your direct report, that experience has taught me that you expect to be made aware of situations under your span of control that: (a) are counter-productive to corporate goals, (b) have negative impact upon expense budgets, (c) misuse human resources, and (d) constitute unprofessional behavior. Although I have been with the compensation administration group only a short period of time, I have been exposed to nearly every function performed by the group, as well as the members that perform the work functions, and based on that interaction, I agree whole-heartedly with your observation - things are not quite right within compensation administration. As I stated yesterday, I believe that all of the following issues can be resolved to the benefit of the corporation and to the people involved, however I feel strongly that your assistance is absolutely necessary in order to reach that point, and ask that the leadership you provide be offered sooner rather than later so to avoid further damage.

It was my desire to discuss (some of) the following directly with my Director Linda (Richelson), however my multiple emails (beginning early July) requesting a meeting have gone unanswered and unacknowledged. Were it not for Linda's highly emotional telephone call to me on July 25th whereby thru tears and heartfelt emotion, she clearly explained that she was "having a complete melt-down" due to the strain of her job and stated it was a job that she "just could no longer do", I have not been comfortable pursuing "hard issues" with Linda since then, for fear of adding to her stress, and for fear of triggering a overly defensive response and evoking subsequent unwanted behavior from her.

While I am trying to avoid adding to Linda's stress, it puzzles me that at the same time I (and my peers as well) try to avoid stressful situations with her, Linda appears to seek out confrontation, and strike out at or belittle her people, the very people she needs to help her get the job done. This makes no sense to me. I have had other Directors in your report explain to me that Linda is "tough on people". I agree; however I have to say based on my observation "tough on people" is an understatement. Human Resource consulting firms and HR analysts noted in that industry describe bully bosses as generally being "women that view their tough-minded behavior as a strength. . .they're in denial that they have any problem communicating with others because they've had positive reinforcement all their lives and just assumed they're always surrounded by weaklings, pathetic and incompetent". Too many times I have seen Linda demonstrate intolerance and lack of patience and subsequently treat her direct reports as though we were incompetent. These are trying times in our business, and Linda admits that she is under enormous stress in this job with constant pressure being applied from very demanding clients whose needs change at the drop of a hat. That should not be an excuse for bullying. My observation is that Linda has either lost sight

of the fact that her role is one of leadership, or that she has lost her ability to effectively lead us.

In yesterday's discussion you brought up Erik and asked if there was something "wrong" with him and further questioned why he looked so terrible. Quite frankly Laura I do not know how Erik puts up with Linda's battering and the belittlement. At a time when Erik needs all the encouragement and leadership he can get to be successful as a newly promoted Manager, I am shocked when I hear Linda degrade Erik or chastise him publicly. I am even more shocked when I hear Linda sharing details of her "sessions" with Erik with her other managers (while Erik is not in presence), or commenting inappropriately on what she feels is the root cause of his absences. Linda's business with Erik is just that, business between them. Erik has told me that he needs his job, and only has 5 years in the company so he is afraid to speak up to Linda. He describes his situation as being one of lose-lose, and that no matter what he does he cannot win. He speaks of being set up to fail. He has told me that on several occasions he has been ordered by Linda to meet with her on matters of business importance only to find himself sitting for as long as 3 hours waiting for Linda to show-up, yet she does not show up, nor does she call to explain why, nor does she provide an explanation the next day. Erik has told me more than once that he has worked many hours into the night to provide Linda work in accordance with her specific instructions. He has told me that he produces the work exactly as she requested it, only to have it handed back to him because Linda claims it is not at all what she asked for, yet he knows it is exactly what she requested. On one of those occasions when he explained that he had worked all night to produce the work, Linda's response was to tell him ". . .I don't give a F_ _ _". I have another email from Erik this morning describing yet another disheartening, unproductive session with Linda yesterday (i.e., a one on one session in the form of an 8 hour meeting). He end's his email asking once again, "What is wrong with this picture".

Erik is not the only person to share (with me) their comments, observations or first hand experiences about Linda's behavior. Many of these people have openly expressed their regrets about having taken a position in compensation administration. Erik is just the tip of the iceberg. I have my own observations as well as first hand experiences whereby Linda chooses to misconstrue information, misinterpret events, or even claims no knowledge about important business matters associated with compensation when in actuality she has received emails or sent emails in conjunction. As I explained yesterday, based on the events of the past two and one half months, I now have my own misgivings about compensation administration, thus I contacted you yesterday for purposes of discussing immediate RIF opportunities for which I could volunteer. My position is one that easily could be eliminated and I have ample evidence that would support a business case to that extent. There is ample waste, duplication of effort, and inefficiency within compensation administration that if corrected, at least one more position beyond mine could be eliminated without causing the remaining organization any adverse impact.
With better use of the remaining resources, less obstructions, better processes with the clients, and re-engineering of tribal habit, compensation administration personnel could experience shorter hours, less stress, streamlined work, and greater job satisfaction. Unfortunately, the group is caught up in a web of its own making. When the work function itself and the people within it demonstrate behavior that is counter-productive to the work it performs, the corporation is not being served. I feel strongly that what is happening within our district has adversely affected how the management team communicates and behaves, that it dramatically affects our organization's ability to establish and maintain a positive image/reputation, and that we fall short of having a work force that is truly productive.

With all of the above having been said, I would like to meet jointly with you and Linda to discuss where we should go from here. As you know from working with me over the years Laura, I have built an exceptional 22 year work record, and want to thank you for advising me not to do anything rash that would end that career prematurely. Unfortunately, the situation I describe above is one that is erosive and unhealthy, and I do not see how any of us can effectively serve you or the corporation as long as it continues.

Thank you for your time.

Respectfully,