Linda Richelson        10/30/2001 03:15 PM

To: Laura A Cardinale@VZNotes, Pamela McEleney@VZNotes, CRESPY_RYNEX SHARED/EMPL/VA/Bell-Atl@VZNotes, DIANNA L. KROKER/EMPL/PA/Bell-Atl@VZNotes, Linda Digiglio@VZNotes, toyette.dowdell@verizon.com, Maureen A Rodgers@VZNotes, Emma Eng@VZNotes, Margaret M Hanlon@VZNotes, Nadine Groover/EMPL/NY/Verizon@VZNotes, meg.johnson@verizon.com, richee04@wfu.edu
cc:
Subject: Re: Women Rule

Quite an insight, I can picture myself there with my current anger quotient!

---------------------- Forwarded by Linda Richelson on 10/30/2001 03:14 PM ---------------------

To: DiMahoney@aol.com
cc: Linda Richelson@VZNotes, vwhelan@aol.com, mimlev@msn.com, Peggy Foley/EMPL/NY/Verizon@VZNotes
Subject: Re: Women Rule

I can only add another thought: much more potent than the "dead or alive" destiny for Osama and Al Queda. Wisk them all to an operating table, not necessarily in a hospital, to undergo an immediate sex change, load them up with a steady diet of estrogen, so they can endure the Taliban imposed life under the burka,

Consider the prosecution of war with that tactic!


To: dcatanza@bellatlantic.net, Maryliz Levy/EMPL/MA/Bell-Atl@VZNotes
cc:
Subject: Re: one for you


**I can't take credit for this; I got it from another website. But enjoy!**

---

Here's a thought....

Take all American women who are within five years of menopause - train us
for a few weeks, outfit us with automatic weapons, grenades, gas masks, moisturizer with SPF15, Prozac, hormones, chocolate, and canned tuna; drop
us (parachuted, preferably) across the landscape of Afghanistan, and let us do what comes naturally.

Think about it. Our anger quotient alone, even when doing standard stuff like grocery shopping and paying bills, is formidable enough to make even armed men in turbans tremble.

We've had our children, we would gladly suffer or die to protect them and their future. We'd like to get away from our husbands, if they haven't left already. And for those of us who are single, the prospect of finding a good man with whom to share life is about as likely as being struck by lightning.

We have nothing to lose.

We've survived the water diet, the protein diet, the carbohydrate diet, and the grapefruit diet in gyms and saunas across America and never lost a pound. We can easily survive months in the hostile terrain of Afghanistan with no food at all!

We've spent years tracking down our husbands or lovers in bars, hardware stores, or sporting events...finding bin Laden in some cave will be no problem.

Uniting all the warring tribes of Afghanistan in a new government?

Oh, please ... we've planned the seating arrangements for in-laws and extended families at Thanksgiving dinners for years ... we understand tribal warfare.

Between us, we've divorced enough husbands to know every trick there is for
how they hide, launder, or cover up bank accounts and money sources.

We know how to find that money and we know how to seize it ... with or without the government's help!

Let us go and fight. The Taliban hates women. Imagine their terror as we crawl like ants with hot-flashes over their godforsaken terrain.

I'm going to write my Congresswoman. You should, too!