UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ERIK SHEEHAN,
    Plaintiff,                )
                               )
  V                            )
                               )   CA 04- 12364-JLT
VERIZON COMMUNICATIONS,      )
ET AL                        )
    Defendant.               )

ORDER

November 10, 2004

TAURO, J.,

    I hereby recuse myself from this case in order to avoid a potential conflict of interest.

    See 28 U.S.C. Sec. 455(b)(4).

_____
United States District Judge