UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 12364 JLT

---

ERIK SHEEHAN, )
    Plaintiff )
  )
v. )
  )
VERIZON COMMUNICATIONS, INC., LAURA )
CARDINALE, LISA DAMASK, CAROLYN DRISCOLL, )
PAUL McGOVERN, LINDA RICHELSON, DOREEN )
TOBEN, and DOUG WILDER, )
    Defendants )

---

### PLAINTIFF'S MOTION TO REMAND THIS CASE TO THE SUPERIOR COURT OF MASSACHUSETTS

Now comes the Plaintiff, Erik Sheehan, in the above-named action, appearing specially to contest the jurisdiction of this Court in this action while not submitting himself or this case to this Court's jurisdiction, and hereby respectfully moves this Court to remand this case to the Superior Court for the Commonwealth of Massachusetts.

As grounds therefore, the Plaintiff respectfully submits that this Court lacks jurisdiction because complete diversity between the Parties does not exist. The Notice to Remove was filed while colorable claims against the Defendants Laura Cardinale, Lisa Damask, Carolyn Driscoll, Paul McGovern, Linda Richelson, Doreen Toben, and Doug Wilder are pending. At least one of these Defendants is currently domiciled in the Commonwealth of Massachusetts. The Plaintiff is

-2-

domiciled in the Commonwealth of Massachusetts. Therefore, diversity jurisdiction does not exist.

In support of this Motion, the Plaintiff relies on the Memorandum of Law attached hereto and incorporated herein.

RESPECTFULLY SUBMITTED,

ERIK SHEEHAN

by his attorney,

_____
Domenic Finelli
Barrister Hall
199 Revere Street
Revere, MA  02151
Phone: (781) 286-1484
Fax: (781) 289-0410
BBO No.: 165450

DATED: November 29, 2004

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1, Plaintiff requests an oral argument on his Motion, and states that hearing on his Motion should not take more than thirty (30) minutes.

_____
Domenic Finelli, Attorney for Plaintiff

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2), I, Domenic Finelli, hereby certify that, on November 29, 2004, my office contacted Defendants' counsel, Windy L. Rosebush in a good faith attempt

to resolve or narrow the issues presented in this Motion. Attorney Rosebush indicated that the Defendants would not assent to the Plaintiff's Motion to Remand.

_____
Domenic Finelli, Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I, Domenic Finelli, Attorney for the Plaintiff, hereby certify on this 29th day of November, 2004, I caused a copy of the foregoing document to be served via first-class mail, to Windy L. Rosebush, Esq., Edwards & Angell, LLP, 101 Federal Street, Boston, MA 02110.

_____
Domenic Finelli, Attorney for the Plaintiff