UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIK SHEEHAN,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC., LAURA CARDINALE, LISA DAMASK, CAROLYN DRISCOLL, PAUL McGOVERN, LINDA RICHELSON, DOREEN TOBEN and DOUG WILDER,<br><br>　　　　　Defendants. | Civil Action No.<br>04-cv-12364-MLW |

## LOCAL RULE 81.1 STATEMENT

Pursuant to Local Rule 81.1 of the United States District Court for the District of Massachusetts, attached as Exhibit A is a certified copy of all of the filings in the matter of Sheehan v. Verizon Communications, Inc. et al., Civil Action No. 2004-03961, in the docket of the Superior Court of the Commonwealth of Massachusetts for Suffolk County.

　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　VERIZON COMMUNICATIONS, INC.

　　　　　　　　　　　By their attorneys,


　　　　　　　　　　　_____
　　　　　　　　　　　Timothy P. Van Dyck, BBO #548347
　　　　　　　　　　　Windy L. Rosebush, BBO #636962
　　　　　　　　　　　EDWARDS & ANGELL, LLP
　　　　　　　　　　　101 Federal Street
　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　Telephone: (617) 439-4444

Date: December 16, 2004

## CERTIFICATE OF SERVICE

I, Windy L. Rosebush, hereby certify that on this 16th day of December, 2004, I caused a copy of the foregoing document to be mailed via first-class mail, to Domenic Finelli, Esq., Barrister Hall, 199 Revere Street, Revere, MA 02151.

_____
Windy L. Rosebush