# Edwards & Angell LLP

Timothy P. Van Dyck
617.951.2254
*fax* 617.439.4170
tvandyck@edwardsangell.com

January 13, 2005

Civil Clerk's Office
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210
Attn: Clerk Thomas Quinn (Magistrate Judge Dein)

    Re:    Erik Sheehan v. Verizon Communications, Inc., et al
             Civil Action No. 1:04-cv-12364MLW

Dear Clerk Quinn:

Pursuant to Judge Wolf's Order of December 23, 2004 (Docket Entry No. 15), the parties had until January 13, 2005 to object to the transfer of this case to your docket for all purposes. As neither party has filed an objection, the case will shortly be transferred to Magistrate Judge Dein. In an effort to assist the Court in this transition, we are writing to apprise you of the status of this case, as well as the Motions which are currently pending.

The Defendants removed this case from Suffolk Superior Court to this Court on November 9, 2004. The Defendants then filed a partial motion to dismiss the Complaint as to all of the individually named Defendants. Defendant Verizon Communications, Inc. ("Verizon") also moved to dismiss Counts I (Negligent Supervision), III (Sexual Harassment) and V (Aiding and Abetting Another to Violate Mass. Gen. Laws. ch. 151B). An Answer was filed as to the remaining claims against Verizon, Count II (Sexual Discrimination) and Count IV (Retaliation).

On December 1, 2004, the Plaintiff opposed the Motion to Dismiss and filed a Motion to Remand the case to Superior Court. The Defendants opposed the Motion to Remand on December 6, 2004.

Therefore, at this time, both the Defendants' Motion to Dismiss and the Plaintiff's Motion to Remand are pending and have been fully briefed.

Very truly yours,

/s/ Timothy P. Van Dyck

Timothy P. Van Dyck

cc:    Domenic Finelli, Esq.
        Windy L. Rosebush, Esq.

BOS_474399_1/WROSEBUSH