UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
ERIK SHEEHAN,                          )
     Plaintiff,                        )
                                       )
     v.                                )    C.A. No. 04-12364-MLW
                                       )
VERIZON COMMUNICATIONS, INC.           )
et al                                  )
     Defendants                        )
```

ORDER

WOLF, D.J.                                          January 25, 2005

The parties in this case were issued the attached Order, asking whether they would consent to reassignment of this case for all purposes to Magistrate Judge Dein, pursuant to 28 U.S.C. § 636(c)(1) and (3), and informing them that if they did not respond their consent would be inferred. Neither party has responded. Thus, all parties are deemed to have consented. Accordingly, this cases is hereby REASSIGNED to Magistrate Judge Dein for all purposes, pursuant to 28 U.S.C. § 636(c)(1) and (3).

/s/ Mark L. Wolf
UNITED STATES DISTRICT COURT