FILED
IN CLERKS OFFICE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2005 FEB 15 A 9: 53

U.S. DISTRICT COURT
DISTRICT OF MASS.

CIVIL ACTION NO.: 04-12364-JLT

---

ERIK SHEEHAN, )
    Plaintiff )
)
v. )
)
VERIZON COMMUNICATIONS, INC., LAURA )
CARDINALE, LISA DAMASK, CAROLYN DRISCOLL, )
PAUL McGOVERN, LINDA RICHELSON, DOREEN )
TOBEN, and DOUG WILDER, )
    Defendants )

---

## MOTION FOR LEAVE TO APPEAR AND PRACTICE IN THE ABOVE-CAPTIONED MATTER

I, Paul Tuttle, respectfully request that this Court may grant me leave to appear and practice in the above-captioned matter on behalf of the Plaintiff, Erik Sheehan. I am a member of the Massachusetts State Bar. I have filed an application for admittance to the Bar of this Court which is pending. This motion is supported by the undersigned, Domenic Finelli, who is an active member in good standing of the Bar of this Court. Accompanying this motion, is a copy of the Certificate of Good Standing provided by the Supreme Judicial Court of Massachusetts. The original certificate was filed with this Court with the above-referenced application.

Wherefore, I respectfully request that this Court grant me leave to appear and practice in the matter of Sheehan v. Verizon Communications, Inc., et al.

Respectfully submitted,

*/s/ Paul Tuttle*

Paul Tuttle, Esq.
Law Offices of Domenic Finelli
199 Revere Street
Revere, MA  02151
(781) 286-1484
BBO#: 661786

Supported by:

*/s/ Domenic Finelli*

Domenic Finelli, Esq.
Law Offices of Domenic Finelli
199 Revere Street
Revere, MA  02151
(781) 286-1484
BBO#: 165450

DATED:      February 14, 2005

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

---

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on the **thirteenth** day of **December** A.D. **2004**, said Court being the highest Court of Record in said Commonwealth:

### Paul Tuttle

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this seventh day of February in the year of our Lord Two thousand and five.

MAURA S. DOYLE, Clerk

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification.

X3116

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 12364 JLT

---

| | |
|---|---|
| ERIK SHEEHAN,<br>    Plaintiff | )<br>)<br>) |
| v. | )<br>) |
| VERIZON COMMUNICATIONS, INC., LAURA<br>CARDINALE, LISA DAMASK, CAROLYN DRISCOLL,<br>PAUL McGOVERN, LINDA RICHELSON, DOREEN<br>TOBEN, and DOUG WILDER,<br>    Defendants | )<br>)<br>)<br>)<br>) |

---

## APPEARANCE

TO THE HONORABLE COURT:

Subject to the Court's Approval of the foregoing motion, please enter my appearance as attorney for Erik Sheehan, Plaintiff, in the above-captioned matter.


*Paul Tuttle* (signature)
Paul Tuttle

Law Offices of Domenic Finelli
199 Revere Street
Revere, MA 02151
(781) 286-1484
BBO#: 661786


**DATED: February 14, 2005**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2005 FEB 15 A 9: 53
U.S. DISTRICT COURT
DISTRICT OF MASS.

CIVIL ACTION NO.: 04 12364 JLT

---

ERIK SHEEHAN, )
   Plaintiff )
  )
            v. )
  )
VERIZON COMMUNICATIONS, INC., LAURA )
CARDINALE, LISA DAMASK, CAROLYN DRISCOLL, )
PAUL McGOVERN, LINDA RICHELSON, DOREEN )
TOBEN, and DOUG WILDER, )
   Defendants )

---

### CERTIFICATE OF SERVICE

    I, Paul Tuttle, hereby certify that I have served the foregoing Motion and Appearance upon the Defendants by mailing a copy thereof to their attorneys of record, Windy L. Rosebush and Timothy P. Van Dyck, via first-class mail, postage prepaid, addressed as follows: Windy L. Rosebush, Edwards & Angell, LLP, 101 Federal Street, Boston, MA 02110 and Timothy P. Van Dyck, Edwards & Angell, LLP, 101 Federal Street, Boston, MA 02110. Furthermore, I have forwarded a copy to Attorneys Rosebush and Van Dyck by faxing a copy of these documents to (617) 439-4170.

                                                        */s/ Paul Tuttle*
                                                        Paul Tuttle, Esq.

**DATED: February 14, 2005**