UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ERIK SHEEHAN, )
)
Plaintiff, )
)
v. ) Civil Action No. 04 CV 12364 JGD
)
VERIZON COMMUNICATIONS, INC., )
)
Defendant. )

## LOCAL RULE 16.1(D)(3) CERTIFICATION

I, Timothy P. Van Dyck, as counsel for the Defendant Verizon Communications, Inc., hereby certify pursuant to Local Rule 16.1(D)(3) that I have conferred with my client regarding:

a) a budget for the costs of conducting the litigation and any alternative courses to the litigation; and

b) the alternative dispute resolution programs available to the parties pursuant to Local Rule 16.4.

_____          /s/ Timothy P. Van Dyck_____
Verizon Communications Inc.              Timothy P. Van Dyck (BBO # 548347)
Assistant General Counsel                Edwards & Angell, LLP
                                         101 Federal Street
                                         Boston, MA 02110
                                         617-439-4444

Date: May 16, 2005

## CERTIFICATE OF SERVICE

I, Timothy P. Van Dyck, hereby certify that on this 16th day of May, 2005, I caused a copy of the foregoing document to be served via first-class mail on Domenic Finelli, Esq., Barrister Hall, 199 Revere Street, Revere, MA 02151.

_/s/ Timothy P. Van Dyck_