UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04 12364 JLT

---

ERIK SHEEHAN,                                              )
    Plaintiff                                             )
                                                           )
    v.                                                     )
                                                           )
VERIZON COMMUNICATIONS, INC.                               )
    Defendant                                              )

---

## LOCAL RULE 16.1(D)(3) CERTIFICATION

I, Domenic Finelli, as counsel for the Plaintiff Erik Sheehan, hereby certify pursuant to Local Rule 16.1(D)(3) that I have conferred with my client regarding:

    a)    a budget for the costs of conducting the litigation and any alternative courses to the litigation; and

    b)    the alternative dispute resolution programs available to the parties pursuant to Local Rule 16.4.

_____  
Erik Sheehan,  
Plaintiff

/s/ Domenic Finelli  
Domenic Finelli  
199 Revere Street  
Revere, MA 02151  
(781) 286-1484  
BBO#: 165450

Dated: May 17, 2005

## CERTIFICATE OF SERVICE

I, Paul Tuttle, hereby certify that on this 17th day of May, 2005, I caused a copy of the foregoing document to be served electronically upon Windy Rosebush, Esq. and Timothy P. Van Dyck, Esq.

                                  /s/ Paul Tuttle