UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ERIK SHEEHAN,                          )<br>                                        )<br>      Plaintiff,                       )<br>v.                                      )<br>                                        )<br>VERIZON COMMUNICATIONS, INC.,           )<br>                                        )<br>      Defendant.                       ) | CIVIL ACTION<br>NO. 04-12364-JGD |

## **SCHEDULING ORDER**

Following the initial scheduling conference held today in accordance with Fed. R. Civ. P. 16(b) and Local Rule 16.1, it is hereby ORDERED as follows:

1. The court adopts the schedule set forth in the parties' Joint Statement of Proposed Pretrial Schedule, which provides as follows:

    (a) Initial Discovery Pursuant to Fed. R. Civ. P. 26

    i. On or before **May 26, 2005**, the parties will provide all information required under Fed. R. Civ. P. 26(a)(1).

    ii. Pursuant to Fed. R. Civ. P. 26(a)(1)(B), on or before **May 26, 2005** or immediately thereafter, the parties will identify and make available for copying and inspection all documents, data compilations, and tangible things that are in their possession, custody or control, which the disclosing party may use to support its claims or defenses.

    (b) Document Discovery

    i. There shall be no limitation on the number of document requests that any party can propound so long as the requests require a response within the discovery period.

(c) <u>Interrogatories</u>

   i. Each party shall have a total of 25 interrogatories which can be used by any party at any time during discovery.

(d) <u>Depositions</u>

   i. All fact depositions shall be completed by **October 31, 2005**.

(e) <u>Completion of Discovery</u>

   i. All fact discovery shall be completed by **October 31, 2005**.

(f) <u>Expert Discovery</u>

   i. Expert witnesses and related information shall be disclosed as specified in Fed. R. Civ. P. 26(a)(2), in accordance with the dates set forth below:

   ii. Plaintiff's expert report(s) shall be served on or before **November 15, 2005**.

   iii. Defendant's expert report(s) shall be served on or before **November 30, 2005**.

   iv. To the extent Plaintiff presents the report of an expert for the sole purpose of contradicting or rebutting evidence set forth in Defendant's expert report(s), such expert rebuttal report(s) shall be served on or before **December 15, 2005.**

   v. Expert depositions shall be completed by **December 31, 2005**.

(g) <u>Dispositive Motions</u>

   i. All Motions for Summary Judgment pursuant to Fed. R. Civ. P. 56 shall be served on or before **January 31, 2006**.

2. The next status conference is scheduled for **Thursday, October 27, 2005 at 2:30 P.M.** in Courtroom #15 on the 5th floor. At that time, the parties shall be prepared to

discuss:

      (a)    the status of the case;
      (b)    scheduling for the remainder of the case through trial; and
      (c)    use of Alternative Dispute Resolution ("ADR") programs.

3.    The parties shall submit a brief joint statement no later than five (5) business days before the conference addressing the issues itemized in paragraph 2 above. The parties shall indicate whether an agreement has been reached regarding the use of ADR. The respective position of each party does not have to be specified.

                                              / s / Judith Gail Dein
                                              Judith Gail Dein
                                              United States Magistrate Judge

DATED: May 23, 2005