UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ERIK SHEEHAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 04-12364-JGD |
| VERIZON COMMUNICATIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **SCHEDULING ORDER**

Following a scheduling conference held today in accordance with Fed. R. Civ. P. 16(a) and Local Rule 16.3, it is hereby ORDERED as follows:

1. The time in which the parties are to complete previously noticed depositions is extended to November 30, 2005.

2. All motions to compel relating to discovery undertaken before November 11, 2005 shall be filed by November 14, 2005. If later completed depositions require a motion to compel, the motion shall be filed promptly after the deposition.

3. The parties do not intend to offer any expert testimony.

4. All motions for summary judgment pursuant to Fed. R. Civ. P. 56 shall be served on or before January 31, 2006.

           / s / Judith Gail Dein
           Judith Gail Dein
           United States Magistrate Judge

DATED: October 27, 2005