
**Lisa Damask**
01/06/2003 01:36 PM

To:      Paul McGovern/EMPL/MA/Verizon@VZNotes
cc:      Carolyn R. Driscoll/EMPL/PA/Verizon@VZNotes
Subject: Re: Sheehan v VZ (discrimination charge)

Paul,
Cari and I were both involved in Eric's review. The following statement is accurate. His performance review was prepared by Linda Richelson. Laura Cardinalle and Doug Wilder were aware of the performance appraisal and approve the ratings and associated awards. Attempts were made to review the information with Eric, but he did not want to discuss. I'm in the office, but will be leaving to travel to NY this afternoon. Call me (610-407-2006) if you need more info.
Lisa

**REDACTED**

*Attorney Work Product*

*[handwritten margin note: BP + Cardinale and Wilder involved in review + to give situated 2) supervised review]*

------- Forwarded by Paul McGovern/EMPL/MA/Verizon on 01/03/2003 11:48 AM -------

Paul McGovern
12/27/2002 06:25 PM

To:      Lisa Damask/EMPL/PA/Verizon@VZNotes, Carolyn R. Driscoll/EMPL/PA/Verizon@VZNotes
cc:
Subject: Sheehan / Richelson

Sheehan has filed an external charge of discrimination based on gender with the Mass Commission Against Discrimination. He maintains that Richelson's 2001 review was "false" and the resulting salary treatment (no raise and 3% VIP award) unfair. Sheehan raised this issue at the time that the internal

VER0380

charge was being handled, but as we discussed at the time appropriateness of the review/salary treatment was not an EEO issue -- can you detail what steps the Company took to review these concerns?

VER0381



**REDACTED**

*Attorney Work Product*



------- Forwarded by Paul McGovern/EMPL/MA/Verizon on 01/03/2003 11:48 AM -------

Paul McGovern
12/27/2002 06:25 PM

To: Lisa Damask/EMPL/PA/Verizon@VZNotes, Carolyn R. Driscoll/EMPL/PA/Verizon@VZNotes
cc:
Subject: Sheehan / Richelson

Sheehan has filed an external charge of discrimination based on gender with the Mass Commission Against Discrimination. He maintains that Richelson's 2001 review was "false" and the resulting salary treatment (no raise and 3% VIP award) unfair. Sheehan raised this issue at the time that the internal charge was being handled, but as we discussed at the time appropriateness of the review/salary treatment was not an EEO issue -- can you detail what steps the Company took to review these concerns?

*[handwritten notes, partially illegible:]* Driscoll 1.3.03 — what review of Sheehan's content that need to be done did need and did respond (e-mail + e-mail) will convert

VER0382