214-285-1069
214-285-1065 (fax)
SV1E1025

----- Forwarded by Mary E. Leone/EMPL/TX/Verizon on 03/20/2002 08:03 AM -----

| | |
|---|---|
| Lisa.Damask@ba-dsg.com<br>03/19/2002 08:42 PM | To: Mary E. Leone/EMPL/TX/Verizon@VZNotes<br>cc: Paul McGovern/EMPL/MA/Verizon@VZNotes<br>Subject: RE: Eric Sheehan's 2001 Review |

Mary,
Thanks for the update. Doug Wilder is the Senior VP and Laura Cardinale is the VP. Linda reports directly to Laura. I would like to participate in the readout. Let me know the date you will be ready and we can work to set-up a conference call.
Thanks again.
Lisa

-----Original Message-----
From: mary.leone@core.verizon.com [mailto:mary.leone@core.verizon.com]
Sent: Tuesday, March 19, 2002 9:22 AM
To: Damask, Lisa
Cc: McGovern, Paul
Subject: RE: Eric Sheehan's 2001 Review

Lisa,

Paul said he would give Linda a reminder today about providing the documentation she stated she had. Also, Paul will review the results with Linda's organizational leadership (am I correct in assuming that Doug Wilder is the proper person or is it someone else)? He can include you in the discussion as well since you are the HR BP. I'll follow-up with Paul to assist with an executive summary and plan next steps i.e. the meeting. Please let me know if you have any questions in the mean time. Thanks.

Mary Leone
Director - ER/EEO Compliance
214-285-1069
214-285-1065 (fax)
SV1E1025


| | | | |
|---|---|---|---|
| Lisa.Damask@ba-dsg.com<br>Leone/EMPL/TX/Verizon@VZNotes | | 03/18/2002 05:06 PM | To: Mary E.<br>cc:<br>Subject: RE: Eric Sheehan's 2001 Review |

VER0173

Thanks for the support. I followed-up with Eric on Friday per Doug's request. As you can imagine, Eric was not happy with his ratings or the $'s
that he receive for VIP. He also does not agree that he should have received no merit. He kept referring to all of the information that was provided and is expecting all of this to be overturned as a result of the investigation. At this time he does not wish to have any performance review
with the organization, and is awaiting the outcome of the investigation. Based on Paul's message from last week, I informed Doug Wilder that the investigation would be complete in two weeks. Would you like to follow-up with Linda to get the additional information that Paul requested? When Paul
is finished with the investigation, how will we be notified...we'll a meeting be scheduled to give a readout? Should we schedule something?
Lisa

-----Original Message-----
From: mary.leone@core.verizon.com [mailto:mary.leone@core.verizon.com]
Sent: Monday, March 18, 2002 3:50 PM
To: Damask, Lisa
Subject: FW: Eric Sheehan's 2001 Review

Lisa,

I just finished talking to Paul McGovern and he indicated he is waiting for some documents that Richelson had promised him last week...and then he'll be able to wrap things up. Regarding your note below, do you need any assistance? If so, Paul or I are happy to help. Let us know. Thanks.

Mary Leone
Director - ER/EEO Compliance
214-285-1069
214-285-1065 (fax)
SV1E1025

----- Forwarded by Mary E. Leone/EMPL/TX/Verizon on 03/18/2002 02:48 PM -----

| | | | |
|---|---|---|---|
| | "Leone, Mary" <Mary.Leone@epm.t el.gte.com> | To: | Mary E. Leone/EMPL/TX/Verizon@VZNotes |
| | | cc: | |
| | 03/18/2002 01:04 PM | Subject: | FW: Eric Sheehan's 2001 Review |

Mary Leone

VER0174

Director-ER/EEO Compliance
T (214) 285-1069
F (214)285-1062
SV1E1001

-----Original Message-----
From: Damask, Lisa [mailto:Lisa.Damask@ba-dsg.com]
Sent: Friday, March 15, 2002 6:45 AM
To: Leone, Mary; McGovern, Paul
Subject: Eric Sheehan's 2001 Review

FYI, Eric has written the following email to Doug Wilder regarding his 2001 performance appraisal and VIP/Merit awards. I'm planning to call him this morning.
Lisa

-----Original Message-----
From: Cardinale, Laura
Sent: Thursday, March 14, 2002 5:44 PM
To: Damask, Lisa
Subject: Re: 2001 Review


------------------- Forwarded by Laura A Cardinale on 03/14/2002 05:46 PM -----------------------------

Doug Wilder
03/14/2002 05:13 PM

To:     Laura A Cardinale@VzNotes
cc:
Subject:    Re: 2001 Review

Let's discuss
------------------- Forwarded by Doug Wilder/EMPL/NY/Bell-Atl on 03/14/2002 05:16 PM -----------------------------

Erik Sheehan
03/14/2002 03:25 PM

Sent by:    Erik Sheehan

To:    Doug Wilder/EMPL/NY/Bell-Atl@VZNotes
cc:
Subject:    Re: 2001 Review    (Document link: Doug Wilder)

Dear Doug,

    Today I received this email from Linda Richelson stating that she would like to hold a meeting to review my evaluation. As you know, there is currently an ethics investigation being conducted by the Office of Ethics and Business Conduct against Ms. Richelson.

    The last time I spoke with Ms. Richelson, her behavior was out of control and unprofessional. Because of her previous behavior and the current active investigation, I believe that it is not appropriate for me to meet with her.

    I am also extremely disappointed that she was allowed to give me no raise and a 3.6% PIP award in lieu of the facts that I presented to you. I was of the understanding that my evaluation would be given to me after the

VER0175

investigation was completed and a fair assessment of my contributions and performance would then be evaluated.

    I would like to discuss this issue with you. Please page me on 781.677.5551 at your convenience.

                                                           Thank You

(Embedded image moved to file: pic04762.pcx)   Linda Richelson
03/14/2002 11:49 AM

To:  Erik Sheehan/EMPL/MA/Verizon@VZNotes
cc:  Laura A Cardinale@VZNotes, Lisa Damask, Carrie Driscoll
Subject:   2001 Review

I called but another individual answered your phone and said you were not there. You also do not have voice mail on the line. Attached is your merit and incentive treatment. I would like to schedule your review session. Please let me know when you are available.

Thank you.

(See attached file: Comp Sheets Sheehan.doc)


(See attached file: pic04762.pcx)(See attached file: Comp Sheets Sheehan.doc)