

To:        Linda Richelson

From:      Laura Cardinale

Date:      April 26, 2002

Re:        Written Warning – Violation of Code of Conduct

---

As you know, the Company has conducted an investigation regarding allegations that you failed to comply with the Verizon Code of Business Conduct. Based on information obtained during this investigation, it has been determined that you violated the following Verizon Code of Business Conduct standard: "We must not engage in any behavior that ridicules, belittles, intimidates, threatens or otherwise demeans co-workers…" (page 12)

Due to the seriousness of this violation, you are being given this written warning memorandum, which will become part of your personnel records. In addition, this warning will be referenced in your 2002 performance appraisal and may impact your Verizon Incentive Plan (VIP).

In the future, it is imperative that you adhere to all policies, procedures and guidelines, and that you perform all your business affairs in accordance with the highest standards of business conduct. Failure to do so will result in further disciplinary action up to and including termination. To ensure that you are fully aware of your obligation concerning compliance, you must:

1. Review the Verizon Code of Business Conduct booklet and sign the acknowledgement form that indicates your understanding of your obligations by May 15, 2002.

2. Contact Joan Kennedy from the Human Resources Workforce Development team to schedule yourself in anger management classes. Joan can be reached on 617-743-8247.

As a reminder, the Employee Assistance Program (EAP) is a benefit to all Verizon employees. You may reach the EAP at 1-800-777-7991.

I am confident that in the future you will comply with the Verizon Code of Business Conduct and share in our commitment to maintain the highest standards of business conduct on behalf of Verizon.


_____          _____
Linda Richelson                          Date

VER0422