# Damask, Lisa

| | |
|---|---|
| From: | Cardinale, Laura |
| Sent: | Thursday, March 14, 2002 5:44 PM |
| To: | Damask, Lisa |
| Subject: | Re: 2001 Review |

pic04762.pcx    Comp Sheets Sheehan.doc

---------------------- Forwarded by Laura A Cardinale on 03/14/2002 05:46 PM -------------------------

Doug Wilder
03/14/2002 05:13 PM

To: Laura A Cardinale@VzNotes
cc:
Subject: Re: 2001 Review

Let's discuss
---------------------- Forwarded by Doug Wilder/EMPL/NY/Bell-Atl on 03/14/2002 05:16 PM -------------------------

Erik Sheehan
03/14/2002 03:25 PM

Sent by: Erik Sheehan

To: Doug Wilder/EMPL/NY/Bell-Atl@VZNotes
cc:
Subject: Re: 2001 Review  (Document link: Doug Wilder)

Dear Doug,

   Today I received this email from Linda Richelson stating that she would like to hold a meeting to review my evaluation. As you know, there is currently an ethics investigation being conducted by the Office of Ethics and Business Conduct against Ms. Richelson.

   The last time I spoke with Ms. Richelson, her behavior was out of control and unprofessional. Because of her previous behavior and the current active investigation, I believe that it is not appropriate for me to meet with her.

   I am also extremely disappointed that she was allowed to give me no raise and a 3.6% PIP award in lieu of the facts that I presented to you. I was of the understanding that my evaluation would be given to me after the investigation was completed and a fair assessment of my contributions and performance would then be evaluated.

   I would like to discuss this issue with you. Please page me on 781.677.5551 at your convenience.

Thank You

1

VER0572

(Embedded image moved to file: pic04762.pcx)  Linda Richelson
03/14/2002 11:49 AM

To: Erik Sheehan/EMPL/MA/Verizon@VZNotes
cc: Laura A Cardinale@VZNotes, Lisa Damask, Carrie Driscoll
Subject: 2001 Review

I called but another individual answered your phone and said you were not there. You also do not have voice mail on the line. Attached is your merit and incentive treatment. I would like to schedule your review session. Please let me know when you are available.

Thank you.

(See attached file: Comp Sheets Sheehan.doc)



## Compensation Planning for 2002 Payout – Employee Communication Sheet

| | |
|---|---|
| Name  SHEEHAN,ERIK | Company  NC - Verizon New England Inc. |
| SSN  030683254 | Resp Code/Cost Center  K02825500 |
| Job Code  CSSUCA | Organization Code  06.09.01.01 |
| Career Band  2M | Treatment  MERIT & INCENTIVE |
| Pay Area  2 | |

### Verizon Incentive Plan

| | |
|---|---|
| VIP Approach  INDIVIDUAL | |
| End of Year/End of Plan Salary  $ 78,500 | Months in Plan  12 |
| Individual Component  $ 2,826 | Pro Rate Indicator |
| Total VIP Award $  $ 2,826 | Total VIP Award  3.6 %     Deferred 0% |

### Merit Data

| | |
|---|---|
| December 31 2001 Salary:  $ 78,500 | Merit Increase  $ 0 |
| Adjustment to Minimum  $ 0 | Merit Percent  0% |
| | *New Salary  $ 78,500 |

| Career Band Range ||
|---|---|
| Minimum | Maximum |
| $63,000 | $148,000 |

VER0574

* does not include other salary (promotions, transfers, etc.) after 12/31/2001

«wkstr» - «wkcty», «wksta»