# DOMENIC FINELLI

ATTORNEYS AT LAW
BARRISTER HALL
199 REVERE STREET
REVERE, MASSACHUSETTS 02151
lawoffice@reverelaw.com

TELEPHONE:  (781) 286-1484                                                                                       TELECOPIER:  (781) 289-0410

OF COUNSEL:
PAUL TUTTLE, ESQ.


January 13, 2006


Magistrate Judge Judith G. Dein
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

RE:   Alternative Dispute Resolution
      Sheehan v. VERIZON COMMUNICATIONS, INC.
      Civil Action No.: 1:04-cv-12364-JGD

Dear Judge Dein:

Pursuant to your order of January 3, 2006, I am writing to report that the Plaintiff Erik Sheehan tentatively wishes to participate in mediation pursuant to the Court's alternative dispute resolution program.  However, we are currently awaiting an offer of settlement from the Defendant which will determine our client's amenability to alternative dispute resolution.

Thank you for your help in this matter.


Very truly yours,

/s/ Domenic Finelli

Domenic Finelli

cc:   Windy L. Rosebush, Esq.
      Timothy P. Van Dyck, Esq.