UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| ERIK SHEEHAN,<br><br>        Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC.<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04 CV 12364 JGD<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF CHANGE OF FIRM NAME AND ADDRESS

PLEASE TAKE NOTICE that Timothy P. Van Dyck and Windy L. Rosebush, counsel to Defendant Verizon Communications, Inc. have changed their firm name and address. Please cause all notices, pleadings and correspondence in this matter to be sent to the address below:

    Timothy P. Van Dyck, Esquire
    Windy L. Rosebush, Esquire
    EDWARDS ANGELL PALMER & DODGE LLP
    111 Huntington Avenue
    Boston, Massachusetts  02199-7613
    Telephone:  (617) 239-0100
    Facsimile:  (617) 227-4420

    VERIZON COMMUNICATIONS, INC.

    By its attorneys,

     /s/ Windy L. Rosebush
    Timothy P. Van Dyck (BBO #548347)
    Windy L. Rosebush (BBO #636962)
    EDWARDS ANGELL PALMER & DODGE LLP
    111 Huntington Avenue
    Boston, MA  02199-7613
    Telephone:  (617) 239-0100
    Facsimile:   (617) 227-4420

- 2 -

## CERTIFICATE OF SERVICE

    I, Windy L. Rosebush, hereby certify that a true copy of the foregoing Notice of Change of Firm Name and Address was served upon counsel of record by filing the same electronically on January 30, 2006. A courtesy copy of the above document was also served upon counsel of record, Dominic Finelli, Esq. and Paul Tuttle, Esq., Law Offices of Domenic Finelli, 199 Revere Street, Revere, MA 02151, by first class mail, postage prepaid.

                                       /s/ Windy L. Rosebush
                                       Windy L. Rosebush

BOS_521289_1/WROSEBUSH