# EDWARDS ANGELL PALMER & DODGE LLP

111 Huntington Avenue  Boston, MA  02199  617.239.0100  *fax* 617.227.4420  eapdlaw.com

Timothy P. Van Dyck

617.951.2254
*fax* 888.325.9562
tvandyck@eapdlaw.com

January 31, 2006

**VIA ELECTRONIC FILING**

United States District Court (MA)
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02110
Attn: Magistrate Judge Judith G. Dein

> Re:   Sheehan v. Verizon Communications, Inc.
> USDC Civil Action No. 04 CV 12364 JGD

Dear Magistrate Judge Dein:

Pursuant to your Order of January 17, 2006, counsel for Defendant Verizon Communications, Inc. has conferred with counsel for Plaintiff Erik Sheehan regarding the scheduling of ADR in this matter. On behalf of all counsel, we are reporting that the parties are interested in Court sponsored (or private) ADR (non-binding mediation), provided that the mediation is scheduled within the next two weeks. Otherwise, Verizon intends to file a Motion for Summary Judgment on or before the extended deadline (March 2, 2006) for filing such motions.

Very truly yours,


/s/Timothy P. Van Dyck


cc: Dominic Finelli, Esq.

BOS_521406_1.DOC/WROSEBUSH

BOSTON | FT. LAUDERDALE | HARTFORD | NEW YORK | PROVIDENCE | SHORT HILLS | STAMFORD | WEST PALM BEACH | WILMINGTON | LONDON