# EDWARDS ANGELL PALMER & DODGE LLP

111 Huntington Avenue  Boston, MA  02199  617.239.0100  *fax* 617.227.4420  eapdlaw.com

Windy L. Rosebush
617.951.2277
*fax* 888.325.9562
wrosebush@eapdlaw.com

February 2, 2006

**VIA ELECTRONIC FILING**

United States District Court (MA)
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02110
Attn: Magistrate Judge Judith G. Dein

    Re:    Sheehan v. Verizon Communications, Inc.
            USDC Civil Action No. 04 CV 12364 JGD

Dear Magistrate Judge Dein:

In follow up to my telephone call to Mr. Quinn this morning, I am writing on behalf of the parties to advise the Court that in accordance with this its Order of February 1, 2006 ("Order"), private mediation has been scheduled on February 16, 2006 with the Hon. Justice Patrick King (Ret.) of JAMS as the mediator. This was the first date that all counsel and the mediator was available. Because this date falls one day outside the Court's Order for scheduling mediation, the parties are apprising the Court of the same. If the parties are required to seek leave from the Court's February 1, 2006 Order, please so advise.

Very truly yours,


/s/ Windy L. Rosebush


cc: Dominic Finelli, Esq.

BOS_521936_1/WROSEBUSH

BOSTON | FT. LAUDERDALE | HARTFORD | NEW YORK | PROVIDENCE | SHORT HILLS | STAMFORD | WEST PALM BEACH | WILMINGTON | LONDON