UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN OFFICE
2006 APR 26  A 11: 47
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| ERIK SHEEHAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC.<br><br>　　　　Defendant. | Civil Action No. 04 CV 12364 JGD |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiff Erik Sheehan, by his attorneys, and defendant Verizon Communications Inc. by its attorneys, stipulate and agree that the above-captioned action be dismissed with prejudice and without right of appeal, each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| ERIK SHEEHAN<br><br>By his attorneys,<br><br>_/s/ Domenic Finelli_____<br>Domenic Finelli<br>Law Offices of Domenic Finelli<br>199 Revere Street<br>Revere, MA 02151<br>(781) 286-1369<br><br>Dated: April 24, 2006 | VERIZON COMMUNICATIONS INC.,<br><br>By its attorney,<br><br>_/s/ Windy Rosebush_____<br>Timothy P. Van Dyck (BBO# 548347)<br>Windy L. Rosebush (BBO #636962)<br>EDWARDS ANGELL PALMER & DODGE LLP<br>111 Huntington Avenue<br>Boston, Massachusetts 02199<br>(617) 239-0100<br><br>Dated: April 20, 2006 |

BOS_524739_2.DOC/TVANDYCK